LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MCMULLEN,** | Case No. 5:17-cv-00020-BRO-SP |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CAPITAL ONE BANK USA N.A.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of March, 2017.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Filed electronically on this 8th day of March, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Beverly Reid O'Connell
United States District Court
Central District of California

Connie Y Tcheng
Doll Amir and Eley LLP

Hunter R Eley
Doll Amir and Eley LLP

This 8th day of March, 2017.

<u>s/Todd M. Friedman</u>
Todd M. Friedman