Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL MCMULLEN,** | ) Case No. 5:17-cv-00020-BRO-SP |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| **CAPITAL ONE BANK USA N.A.,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 10th day of April, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 10th day of April, 2017,

with: **United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 10th day of April, 2017, via the ECF system to:

Honorable Beverly Reid O'Connell
United States District Court
Central District of California

Connie Y Tcheng
Doll Amir and Eley LLP

Hunter R Eley
Doll Amir and Eley LLP

This 10th day of April, 2017.
By: s/Todd M. Friedman
        Todd M. Friedman